

*19-000147761*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

| | |
|---|---|
| THE ESTATE OF VANESSA REED | CASE #: 2019-016092-CA-01<br>COURT: CIRCUIT COURT<br>COUNTY: MIAMI-DADE<br>DFS-SOP #: 19-000147761 |
| PLAINTIFF(S) | |
| VS. | Received |
| NATIONAL SPECIALTY INSURANCE COMPANY | JUN 0 6 2019 |
| DEFENDANT(S) | Compliance Dept |

SUMMONS, COMPLAINT, DISCOVERY, X1-CIVIL COVER SHEET FORM 1.PDF.PDF, X2-DESIGNATION OF EMAIL ADDRESS 1.PDF.PDF, X4-HO HURRICANE RFA-PARTIAL PAYMENT 1.PDF.PDF, X5-HO HURRICANE RFP 1.PDF.PDF

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Tuesday, June 4, 2019 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, June 6, 2019 to the designated agent for the named entity as shown below.

NATIONAL SPECIALTY INSURANCE COMPANY
TERRY LEDBETTER
1900 L. DON DODSON DR
BEDFORD, TX 76021

*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080

*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer

FAITH EVERETT
INSURANCE LITIGATION GROUP
17021 NE 6TH AVE L-R
NORTH MIAMI BEACH, FL 33162

JJ1

Filing # 90387547 E-Filed 05/31/2019 01:57:17 PM

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.: 2019-016092-CA-01

THE ESTATE OF VANESSA REED,

    Plaintiff,

vs.

NATIONAL SPECIALTY INSURANCE COMPANY,

    Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint filed in this action on Defendant,

NATIONAL SPECIALTY INSURANCE COMPANY
C/O FLORIDA CHIEF FINANCIAL OFFICER
AS REGISTERED AGENT
200 EAST GAINES STREET
TALLAHASSEE, FL 32399

    Each Defendant is required to serve written defenses to the complaint or petition on Steven Llarena of Insurance Litigation Group, P.A., Plaintiff's attorney, whose address is **1500 NE 162nd Street, North Miami Beach, Florida 33162**, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against the defendant for the relief demanded in the complaint or petition.

DATED: 6/4/2019

WITNESS my hand and the Seal of said Court

HARVEY RUVIN
As Clerk of the Court

By_____
As Deputy Clerk

RECEIVED AS STATUTORY REGISTERED AGENT on 04 June, 2019 and served on defendant or named party on 06 June, 2019 by the Florida Department of Financial Services

ILG File #: 11310    Claim #: 30189228723-0001    Case #: 2019-016092-CA-01

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.:

THE ESTATE OF
VANESSA REED,

    Plaintiff,

vs.

NATIONAL SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

Plaintiff, THE ESTATE OF VANESSA REED, by and through undersigned counsel sues the Defendant, NATIONAL SPECIALTY INSURANCE COMPANY, and alleges:

### JURISDICTIONAL ALLEGATIONS

1. This is an action for damages for greater than $15,000.00, exclusive of interest, costs, and attorney's fees.

2. At all times material hereto, Plaintiff was and is a resident of MIAMI-DADE County, Florida, and is otherwise sui juris.

3. At all material times hereto, Plaintiff owned the property insured by Defendant located at 9750 SW 211th Street, Miami, Florida 33189 (the "Property").

4. The policy of insurance sued upon was issued by Defendant to Plaintiff in MIAMI-DADE County, Florida.

5. Jurisdiction and venue are proper in MIAMI-DADE County, Florida.

## GENERAL ALLEGATIONS

6. In consideration for the premiums paid to it, prior to September 10, 2017, Defendant issued an insurance policy number, VUW-HO-501202, to Plaintiff for Plaintiff's property located at 9750 SW 211th Street, Miami, Florida 33189 in MIAMI-DADE County, Florida (the "Policy"). A true and correct copy of the Policy is not in the possession of Plaintiff, but is in the care, custody and control of Defendant. The Policy will be produced during discovery and will be filed by Plaintiff after receipt from the Defendant.

7. The Policy issued by Defendant included coverage for dwelling, other structures, personal property, and loss of use suffered by Plaintiff.

8. The Policy issued by Defendant included coverage for losses caused by hurricane.

9. At all times material hereto, including on September 10, 2017, the date of loss, the Policy was in full force and effect.

10. Defendant's policy for the building and other structures portions of the Policy is an "all risk" policy that covers all direct physical losses to the Property that are not otherwise expressly excluded.

11. All conditions precedent to obtaining payment of insurance benefits under the Policy have been complied with, met, or waived.

12. At all times material hereto, Defendant was not immune from liability for breach of contract pertaining to insurance coverage.

## COUNT I – BREACH OF CONTRACT

13. Plaintiff adopts and realleges the allegations contained in paragraphs 1 through 11 above.

14. This is a cause of action for breach of contract arising out of an insurance Policy that was in effect at the time of the loss to the insured Property.

15. On or about September 10, 2017, Plaintiff's property was damaged by hurricane Irma (the "Loss").

16. The September 10, 2017 Loss caused Plaintiff to suffer economic damage to their property, including physical loss to dwelling, contents, and loss of use, and Plaintiff continues to suffer such damages. *See Estimate of Damage, attached as Exhibit "A."*

17. Plaintiff gave timely notice of the Loss and resulting damage to Defendant and/or its authorized agents, employees, or representatives.

18. Defendant responded to the Loss by assigning claim number 30189228723-0001 (the "Claim").

19. Defendant was afforded the opportunity to fully inspect the Loss, investigate the cause of the Loss, and quantify the amount of the Loss.

20. Defendant did inspect the Loss and Property in its investigation of the Claim.

21. Defendant afforded coverage for the Claim.

22. Defendant paid $2,258.15 in policy benefits on the Claim, after applying the Policy's deductible (the "Partial Payment").

23. Defendant's Partial Payment of the Loss is an admission that the September 10, 2017 Loss is a covered loss under the Policy.

24. Through its payment on the Claim, Defendant admitted liability for the Loss.

25. The amount paid by Defendant is inadequate to perform the repairs needed to fix all damages caused by the Loss and to restore Plaintiff's Property to its pre-Loss condition.

26. Defendant breached the Policy by failing to pay the full amount of damages sustained by Plaintiff.

27. Defendant continues to refuse to pay the full amount of Plaintiff's covered Loss despite Plaintiff's demands for full payment.

28. Plaintiff has been damaged as a result of Defendant's breach in the form of insurance benefits due and owing, plus interest, costs, and attorney's fees.

29. Plaintiff has retained the undersigned counsel to prosecute this action and is obligated to pay the undersigned counsel a reasonable attorney's fee.

30. Plaintiff is entitled to recover reasonable attorney's fees from Defendant pursuant to Fla. Stat. section 627.428, or in the alternative Fla. Stat. Section 626.9373, or any other applicable attorney's fees statute.

**WHEREFORE,** Plaintiff demands judgment against Defendant for damages together with interest, costs, and attorney's fees, and for such further relief this court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff herein demands a trial by jury of all issues so triable.

## CERTIFICATE

THIS COMPLAINT IS DATED and Signed this 29th day of May, 2019 and was filed by:

> INSURANCE LITIGATION GROUP, P.A.
> Attorney for Plaintiff
> 1500 NE 162nd Street
> Miami, Florida 33162
> Telephone:  (786) 529-0090
> Facsimile:   (866) 239-9520
> E-Mail: service@restorationlaw.com
>
> By:   /s/ Ashley L. Wheeler
>         ASHLEY L. WHEELER, ESQ.
>         FL Bar No. 1005601

EXHIBIT "A"



**FRASER PROPERTY & ADJUSTING**

16375 NE 18th AVE NORTH MIAMI BEACH, FL 33162

|  |  |  |  |
|---|---|---|---|
| Insured: | Vanessa Reed | | |
| Property: | 9750 SW 211th Street | | |
|  | Cutler Bay, FL 33189 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Fraser Property & Adjusting | Business: | (305) 945-4030 |
| Business: | 16375 NE 18th AVE, Suite 201 | E-mail: | fraserproperty@gmail.com |
|  | North Miami Beach, FL 33162 | | |

| | | | |
|---|---|---|---|
| Estimator: | Fraser Property & Adjusting | Business: | (305) 945-4030 |
| Business: | 16375 NE 18th AVE, Suite 201 | E-mail: | fraserproperty@gmail.com |
|  | North Miami Beach, FL 33162 | | |

**Claim Number:** UVW-HO-501202  **Policy Number:** 30189228723-0001  **Type of Loss:** Hurricane

| | | | | |
|---|---|---|---|---|
| Date Contacted: | 1/11/2018 | | | |
| Date of Loss: | 9/10/2017 | Date Received: | 1/11/2018 | |
| Date Inspected: | | Date Entered: | 1/15/2018 2:58 PM | |

| | |
|---|---|
| Price List: | FLMI8X_NOV17 |
| | Restoration/Service/Remodel |
| Estimate: | VANESSA-REED |

This estimate has been prepared to the best of our knowledge with the understanding that there is a possibility of errors and/or omission. Fraser Property & Adjusting, reserves the right to amend this estimate as needed for marker and/or unit-cost change. This estimate is designed to provide comparative pricing information for restoration, service, and remodel of subject property u accordance with all the standards for compliance set forth by the South Florida Building Code, Any additional findings including, but not limited to, hidden damages or additional damages not seen at the time of this estimate, will be amended and processed by Change Order Format. No warranties on prices, cost, errors, omissions, and/or liability can be assumed by Fraser Property & Adjusting,
This is a repair estimate only. The insurance company policy may contain provisions that will reduce any payments that might be made. This is not an authorization to repair, Authorization to repair or guarantee of payment must come from the owner of the property. No adjuster or appraiser has the authority to authorize repair or guarantee of payment.
The following estimate has been prepared based on representation made by the insured. The work outlined in the following pages will be performed in accordance with all the standards set forth by the South Florida Building Code. Any additional credits or work required by the client will be processed in the form of a change order.

Florida Statute 626.954 (1)
"Unfair Insurance Trade Practice Act"
Specifically addresses the matter of unfair claim settlement practices
1. Not attempting in good faith to settle claims when, under all the circumstances, it could and should of done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.
Pursuant to s.817.234, Florida Statues, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains false, incomplete, or misleading information concerning any fact or thing material the claim commits a felony of the third degree, punishable as provided in s.775.082, s.775.803, or s.775.084, Florida Statues.



**FRASER PROPERTY & ADJUSTING**

16375 NE 18th AVE NORTH MIAMI BEACH, FL 33162

## VANESSA-REED
### Main Level

**Main Level**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Bedroom<br>Ceiling damage 50%<br>Fan<br>Hv | | | | | | |
| Total: Main Level | | | | 0.00 | 0.00 | 0.00 |



**Living Room**  Height: Peaked

945.37 SF Walls  
1,543.11 SF Walls & Ceiling  
65.69 SY Flooring  
119.07 LF Ceil. Perimeter  

597.74 SF Ceiling  
591.22 SF Floor  
104.33 LF Floor Perimeter  

| | | | |
|---|---|---|---|
| Door | 2' 6" X 6' 8" | | Opens into Exterior |
| Window | 4' 10" X 4' | | Opens into Exterior |
| Door | 2' 6" X 6' 8" | | Opens into MASTER_BEDRO |
| Door | 6' 6" X 6' 8" | | Opens into Exterior |
| Door | 2' 6" X 6' 8" | | Opens into HALLWAY |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Floor protection - cloth - skid resistant, leak proof | 591.22 SF | 0.83 | 0.00 | 14.07 | 100.96 | 605.74 |
| 2. R&R Batt insulation - 10" - R30 - unfaced batt | 179.32 SF | 0.35 | 1.24 | 9.54 | 58.94 | 353.60 |
| 3. R&R 5/8" drywall - hung, taped, ready for texture | 179.32 SF | 0.41 | 1.78 | 6.15 | 79.78 | 478.64 |
| 4. R&R Two coat plaster over 5/8" gypsum core blueboard | 179.32 SF | 1.06 | 7.48 | 19.21 | 310.12 | 1,860.72 |
| 5. Scrape the walls and ceiling & prep for paint | 1,543.11 SF | 0.00 | 0.61 | 1.08 | 188.48 | 1,130.86 |
| 6. Seal the walls and ceiling w/latex based stain blocker - one coat | 1,543.11 SF | 0.00 | 0.57 | 7.56 | 177.44 | 1,064.57 |
| 7. Paint the walls and ceiling - two coats | 1,543.11 SF | 0.00 | 0.88 | 20.52 | 275.68 | 1,654.14 |
| 8. Outlet or switch - Detach & reset | 6.00 EA | 0.00 | 13.80 | 0.00 | 16.56 | 99.36 |
| 9. Window blind - horizontal or vertical - Detach & reset | 3.00 EA | 0.00 | 32.88 | 0.00 | 19.72 | 118.36 |
| Totals: Living Room | | | | 78.13 | 1,227.68 | 7,365.99 |



**FRASER PROPERTY & ADJUSTING**

16375 NE 18th AVE NORTH MIAMI BEACH, FL 33162



### Hallway — Height: 8'

92.67 SF Walls                29.25 SF Ceiling
121.92 SF Walls & Ceiling     29.25 SF Floor
3.25 SY Flooring              9.50 LF Floor Perimeter
22.00 LF Ceil. Perimeter

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into LIVING_ROOM |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM |
| Door | 2' 6" X 6' 8" | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into Exterior |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Hallway | | | | | | |
| Totals: Hallway | | | | 0.00 | 0.00 | 0.00 |

### Bedroom — Height: 8'

284.33 SF Walls               95.06 SF Ceiling
379.39 SF Walls & Ceiling     95.06 SF Floor
10.56 SY Flooring             36.50 LF Floor Perimeter
39.00 LF Ceil. Perimeter

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into HALLWAY |
| Window | 2' 9" X 4' | Opens into Exterior |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 10. Floor protection - cloth - skid resistant, leak proof | 95.06 SF | 0.83 | 0.00 | 2.26 | 16.24 | 97.40 |
| 11. R&R Batt insulation - 10" - R30 - unfaced batt | 95.06 SF | 0.35 | 1.24 | 5.06 | 31.26 | 187.46 |
| 12. R&R 5/8" drywall - hung, taped, ready for texture | 95.06 SF | 0.41 | 1.78 | 3.26 | 42.30 | 253.74 |
| 13. R&R Two coat plaster over 5/8" gypsum core blueboard | 95.06 SF | 1.06 | 7.48 | 10.18 | 164.42 | 986.41 |
| 14. Scrape the walls & prep for paint | 284.33 SF | 0.00 | 0.61 | 0.20 | 34.72 | 208.36 |
| 15. Seal the walls and ceiling w/latex based stain blocker - one coat | 379.39 SF | 0.00 | 0.57 | 1.86 | 43.64 | 261.75 |
| 16. Paint the walls and ceiling - two coats | 379.39 SF | 0.00 | 0.88 | 5.05 | 67.80 | 406.71 |
| 17. Install Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 136.97 | 0.00 | 27.40 | 164.37 |



**FRASER PROPERTY & ADJUSTING**

16375 NE 18th AVE NORTH MIAMI BEACH, FL 33162

### CONTINUED - Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 18. Cold air return cover - Detach & reset | 1.00 EA | 0.00 | 17.85 | 0.00 | 3.58 | 21.43 |
| 19. Smoke detector - Detach & reset | 1.00 EA | 0.00 | 37.25 | 0.00 | 7.46 | 44.71 |
| 20. TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 EA | 0.00 | 94.58 | 0.00 | 18.92 | 113.50 |
| 21. Outlet or switch - Detach & reset | 4.00 EA | 0.00 | 13.80 | 0.00 | 11.04 | 66.24 |
| 22. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 32.88 | 0.00 | 6.58 | 39.46 |
| Totals: Bedroom | | | | 27.87 | 475.36 | 2,851.54 |



**Master Bedroom**  Height: 8'

| | |
|---|---|
| 418.67 SF Walls | 198.00 SF Ceiling |
| 616.67 SF Walls & Ceiling | 198.00 SF Floor |
| 22.00 SY Flooring | 54.50 LF Floor Perimeter |
| 57.00 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Window | 2' 5" X 4' | Opens into Exterior |
| Window | 2' 9" X 4' | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into LIVING_ROOM |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 23. Floor protection - cloth - skid resistant, leak proof | 198.00 SF | 0.83 | 0.00 | 4.71 | 33.80 | 202.85 |
| 24. R&R Batt insulation - 10" - R30 - unfaced batt | 99.00 SF | 0.35 | 1.24 | 5.27 | 32.56 | 195.24 |
| 25. R&R 5/8" drywall - hung, taped, ready for texture | 99.00 SF | 0.41 | 1.78 | 3.40 | 44.04 | 264.25 |
| 26. R&R Two coat plaster over 5/8" gypsum core blueboard | 99.00 SF | 1.06 | 7.48 | 10.60 | 171.20 | 1,027.26 |
| 27. Scrape the walls & prep for paint | 418.67 SF | 0.00 | 0.61 | 0.29 | 51.14 | 306.82 |
| 28. Seal the walls and ceiling w/latex based stain blocker - one coat | 616.67 SF | 0.00 | 0.57 | 3.02 | 70.90 | 425.42 |
| 29. Paint the walls and ceiling - two coats | 616.67 SF | 0.00 | 0.88 | 8.20 | 110.18 | 661.05 |
| 30. Install Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 136.97 | 0.00 | 27.40 | 164.37 |
| 31. Cold air return cover - Detach & reset | 1.00 EA | 0.00 | 17.85 | 0.00 | 3.58 | 21.43 |
| 32. Smoke detector - Detach & reset | 1.00 EA | 0.00 | 37.25 | 0.00 | 7.46 | 44.71 |
| 33. TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 EA | 0.00 | 94.58 | 0.00 | 18.92 | 113.50 |

VANESSA-REED  1/23/2018  Page: 4



**FRASER PROPERTY & ADJUSTING**

16375 NE 18th AVE NORTH MIAMI BEACH, FL 33162

## CONTINUED - Master Bedroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 34. Outlet or switch - Detach & reset | 4.00 EA | 0.00 | 13.80 | 0.00 | 11.04 | 66.24 |
| 35. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 32.88 | 0.00 | 6.58 | 39.46 |
| Totals: Master Bedroom | | | | 35.49 | 588.80 | 3,532.60 |
| Total: Main Level | | | | 141.49 | 2,291.84 | 13,750.13 |

## ROOF

**ROOF**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 36. R&R Truss - 6/12 slope | 1,140.28 LF | 1.76 | 6.39 | 303.31 | 1,919.32 | 11,515.91 |
| 37. R&R Overbuild/Valley Truss - 6/12 slope | 38.61 LF | 1.76 | 9.00 | 16.51 | 86.40 | 518.35 |
| 38. R&R Sheathing - OSB - 1/2" | 2,598.47 SF | 0.56 | 1.32 | 103.68 | 997.76 | 5,986.56 |
| 39. Remove 3 tab - 25 yr. - composition shingle roofing - incl. felt | 25.96 SQ | 56.74 | 0.00 | 0.00 | 294.60 | 1,767.57 |
| 40. 3 tab - 25 yr. - composition shingle roofing - incl. felt | 31.33 SQ | 0.00 | 276.85 | 165.12 | 1,767.76 | 10,606.59 |
| 41. Seal attic framing (shellac) - up to 5/12 | 2,596.00 SF | 0.00 | 1.34 | 50.88 | 705.90 | 4,235.42 |
| 42. Seal floor or ceiling joist system | 2,598.00 SF | 0.00 | 1.14 | 38.19 | 599.98 | 3,599.89 |
| 43. Asphalt starter - peel and stick | 280.00 LF | 0.00 | 2.60 | 13.13 | 148.22 | 889.35 |
| 44. Ice & water shield | 280.00 SF | 0.00 | 2.17 | 7.84 | 123.08 | 738.52 |
| 45. Roof vent - Detach & reset | 2.00 EA | 0.00 | 100.79 | 0.08 | 40.34 | 242.00 |
| 46. Apply mastic around vent pipes to repair leakage | 2.00 EA | 0.00 | 32.24 | 0.08 | 12.92 | 77.48 |
| 47. R&R Flashing - pipe jack | 2.00 EA | 6.89 | 48.99 | 1.31 | 22.62 | 135.69 |
| 48. R&R Ridge cap - composition shingles | 72.50 LF | 3.39 | 4.62 | 4.16 | 117.00 | 701.89 |
| 49. R&R Valley metal | 37.80 LF | 0.58 | 6.01 | 4.23 | 50.66 | 303.99 |
| 50. R&R Drip edge | 306.60 LF | 0.32 | 2.65 | 14.38 | 185.00 | 1,109.98 |
| 51. Prime & paint exterior soffit - wood | 306.60 SF | 0.00 | 2.04 | 7.30 | 126.56 | 759.32 |
| 52. R&R Counterflashing - Apron flashing | 22.70 LF | 0.58 | 11.47 | 2.00 | 55.12 | 330.66 |
| 53. Step flashing | 27.80 LF | 0.00 | 12.21 | 3.19 | 68.52 | 411.15 |
| Total: ROOF | | | | 735.39 | 7,321.76 | 43,930.32 |



**FRASER PROPERTY & ADJUSTING**

16375 NE 18th AVE NORTH MIAMI BEACH, FL 33162

### Exterior

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 54. R&R Wood fence 7'- 8' high - cedar or equal | 60.00 LF | 7.35 | 38.86 | 109.83 | 576.48 | 3,458.91 |
| this line item is under the "other structures" Coverage | | | | | | |
| 55. R&R Water softener - electronically metered - Small | 1.00 EA | 24.49 | 1,023.52 | 39.97 | 217.60 | 1,305.58 |
| Totals: Exterior | | | | 149.80 | 794.08 | 4,764.49 |

### General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 56. Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 635.00 | 0.00 | 0.00 | 254.00 | 1,524.00 |
| 57. General Demolition - per hour | 12.00 HR | 48.96 | 0.00 | 0.00 | 117.50 | 705.02 |
| to haul building materials to the dempster | | | | | | |
| 58. Cleaning Technician - per hour | 10.00 HR | 0.00 | 32.48 | 0.00 | 64.96 | 389.76 |
| to clean contents after construction | | | | | | |
| 59. Content Manipulation (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Packing and Moving & Storage pr bx | | | | | | |
| 60. Install | 15,576.00 EA | 0.00 | 1.00 | 0.00 | 0.00 | 15,576.00 |
| this line item is for engineering supervision of S6 a SF | | | | | | |
| Totals: General | | | | 0.00 | 436.46 | 18,194.78 |

### Permit & Fees

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 61. Bulding Permit Expediter | 1.00 EA | 0.00 | 500.00 | 0.00 | 100.00 | 600.00 |
| 62. Architectural/Drafting fees (Bid item) | 1.00 EA | 0.00 | 5,492.10 | 0.00 | 0.00 | 5,492.10 |
| Architectural drawings are general figured at 10% | | | | | | |
| 63. permits & fees | 1.00 EA | 0.00 | 1,373.02 | 0.00 | 0.00 | 1,373.02 |
| county Permits Which are mandated. isthe standart 2.5% of total | | | | | | |
| Totals: Permit & Fees | | | | 0.00 | 100.00 | 7,465.12 |
| Total: ROOF | | | | 885.19 | 8,652.30 | 74,354.71 |

VANESSA-REED                                                                1/23/2018                    Page: 6



**FRASER PROPERTY & ADJUSTING**

16375 NE 18th AVE NORTH MIAMI BEACH, FL 33162

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 64. Heat, vent, & air cond. labor minimum | 1.00 EA | 0.00 | 201.81 | 0.00 | 40.36 | 242.17 |
| Totals: Labor Minimums Applied | | | | 0.00 | 40.36 | 242.17 |
| Line Item Totals: VANESSA-REED | | | | 1,026.68 | 10,984.50 | 88,347.01 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,741.04 | SF Walls | 920.04 | SF Ceiling | 2,661.08 | SF Walls and Ceiling |
| 913.53 | SF Floor | 101.50 | SY Flooring | 204.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 237.07 | LF Ceil. Perimeter |
| 913.53 | Floor Area | 981.22 | Total Area | 1,741.04 | Interior Wall Area |
| 1,847.77 | Exterior Wall Area | 167.83 | Exterior Perimeter of Walls | | |
| 2,598.47 | Surface Area | 25.98 | Number of Squares | 0.00 | Total Perimeter Length |
| 74.92 | Total Ridge Length | 0.00 | Total Hip Length | | |



**FRASER PROPERTY & ADJUSTING**

16375 NE 18th AVE NORTH MIAMI BEACH, FL 33162

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 76,335.83 |
| Material Sales Tax | 1,026.68 |
| Subtotal | 77,362.51 |
| Overhead | 5,492.25 |
| Profit | 5,492.25 |
| **Replacement Cost Value** | **$88,347.01** |
| Less Deductible | (4,582.00) |
| **Net Claim** | **$83,765.01** |

Fraser Property & Adjusting

VANESSA-REED 1/23/2018 Page: 8



**FRASER PROPERTY & ADJUSTING**

16375 NE 18th AVE NORTH MIAMI BEACH, FL 33162

## Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Material Sales Tax (7%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7%) |
|---|---|---|---|---|---|---|
| Line Items | 5,492.25 | 5,492.25 | 1,026.68 | 0.00 | 0.00 | 0.00 |
| Total | 5,492.25 | 5,492.25 | 1,026.68 | 0.00 | 0.00 | 0.00 |



**FRASER PROPERTY & ADJUSTING**

16375 NE 18th AVE NORTH MIAMI BEACH, FL 33162

## Recap by Room

**Estimate: VANESSA-REED**

Area: Main Level
    Living Room      6,060.18      7.94%
    Bedroom      2,348.31      3.08%
    Master Bedroom      2,908.31      3.81%

    Area Subtotal: Main Level      11,316.80      14.83%

Area: ROOF      35,873.17      46.99%
    Exterior      3,820.61      5.01%
    General      17,758.32      23.26%
    Permit & Fees      7,365.12      9.65%

    Area Subtotal: ROOF      64,817.22      84.91%
    Labor Minimums Applied      201.81      0.26%

**Subtotal of Areas**      76,335.83      100.00%

**Total**      76,335.83      100.00%



**FRASER PROPERTY & ADJUSTING**

16375 NE 18th AVE NORTH MIAMI BEACH, FL 33162

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| CLEANING | 324.80 | 0.37% |
| GENERAL DEMOLITION | 9,132.21 | 10.34% |
| DRYWALL | 664.62 | 0.75% |
| ELECTRICAL | 267.70 | 0.30% |
| PERMITS AND FEES | 500.00 | 0.57% |
| FENCING | 2,331.60 | 2.64% |
| FINISH HARDWARE | 189.16 | 0.21% |
| FRAMING & ROUGH CARPENTRY | 11,063.86 | 12.52% |
| HEAT, VENT & AIR CONDITIONING | 237.51 | 0.27% |
| INSULATION | 462.99 | 0.52% |
| LIGHT FIXTURES | 273.94 | 0.31% |
| INTERIOR LATH & PLASTER | 2,792.88 | 3.16% |
| PLUMBING | 1,023.52 | 1.16% |
| PAINTING | 12,117.74 | 13.72% |
| ROOFING | 12,347.78 | 13.98% |
| WINDOW TREATMENT | 164.40 | 0.19% |
| O&P Items Subtotal | 53,894.71 | 61.00% |

| Non-O&P Items | Total | % |
|---|---:|---:|
| PERMITS AND FEES | 22,441.12 | 25.40% |
| Non-O&P Items Subtotal | 22,441.12 | 25.40% |
| O&P Items Subtotal | 53,894.71 | 61.00% |
| Material Sales Tax | 1,026.68 | 1.16% |
| Overhead | 5,492.25 | 6.22% |
| Profit | 5,492.25 | 6.22% |
| Total | 88,347.01 | 100.00% |

VANESSA-REED                                                                          1/23/2018          Page: 11